PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Felix Perez                                      Cr.: 00 00713-001

Name of Sentencing Judicial Officer: John C. Lifland

Date of Original Sentence: 5/30/01

Original Offense: Importation of more than one Kilogram of Heroin

Original Sentence: 57 months custody of the Bureau of Prisons

Type of Supervision: Supervised Release              Date Supervision Commenced: 12/17/04

Assistant U.S. Attorney: Brian Howe, AUSA            Defense Attorney: Stephen Goldenberg, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender was arrested by the U.S. Bureau of Customs and Border Protection and was charged with Attempted Re-entry of an Alien after Deportation; False Claims; Utterance of a Stolen and Photo Altered U.S. Passport; and Misuse of a Lost or Stolen U.S. Passport.<br><br>On November 11, 2005, the offender arrived at the George Bush Houston International Airport and applied for admission into the United States as a U.S. Citizen. In his possession was stolen U.S. Passport which had been illegally altered (photo) and misused. The offender is currently in the custody of the U.S. Bureau of Customs and Border Protection in Houston, Texas. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Michael A. McLean
Supervising U.S. Probation Officer
Date: November 14, 2005

PROB 12C - Page 2
Felix Perez

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/17/05
Date

Jurisdiction waived in favor of a
U.S.D.J. in Houston Texas

USDJ, DNJ
11/17/05